## Robert GOLIGHTLY v. STATE.
### No. 14479.

Court of Criminal Appeals of Texas.

June 3, 1931.

Earl Shelton, of Austin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

The offense is the unlawful sale of intoxicating liquor; penalty assessed at confinement in the penitentiary for 1½ years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## Camilo HERRERA v. STATE.
### No. 14456.

Court of Criminal Appeals of Texas.

June 3, 1931.

Bennett & Klein, of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for robbery; punishment, fifteen years in the penitentiary.

The record is here without statement of facts or bills of exception. The indictment, the charge of the court, the judgment, and sentence appearing regular, the judgment will be affirmed.

## Ex parte W. D. JUSTICE.
### No. 14510.

Court of Criminal Appeals of Texas.

June 10, 1931.

Earle P. Adams, of Crockett, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Relator filed in this court an original application for writ of habeas corpus seeking release from the custody of the sheriff of Harris county, Tex., who was holding him by virtue of an order made by the district judge of the criminal district court of that county adjudging relator to be guilty of contempt. The sheriff was directed to show cause why the writ should not issue.

The sheriff's sworn reply to the order shows that, before the order of this court was received in Harris county, the judge of the criminal district court had released relator, and that he is not now held under the contempt proceeding.

This renders it unnecessary to proceed further in the matter, and the cause is dismissed.